UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KIMA HAMILTON,

    Plaintiff,

v.                                                                           Case No. 17-CV-1725

DELTA AIR LINES, INC.,

    Defendant.

---

## DELTA AIR LINES, INC.'S
## CORPORATE DISCLOSURE STATEMENT

---

    Delta Air Lines, Inc., by its attorneys, Wilson Elser Moskowitz Edelman & Dicker LLP, hereby submits this statement in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

    There is no parent corporation of Delta Air Lines, Inc., nor any publicly held corporation that owns 10% or more of Delta Air Lines, Inc.'s stock.

    Dated this 9th day of February, 2018.

                                                s/ Christina A. Katt
                                                WILLIAM J. KATT
                                                State Bar No.: 1001505
                                                JOHN P. LORINGER
                                                State Bar No.: 1059778
                                                CHRISTINA A. KATT
                                                State Bar No.: 1073979
                                                Attorneys for Delta Air Lines, Inc.
                                                Wilson Elser Moskowitz Edelman & Dicker, LLP
                                                740 N. Plankinton Avenue, Suite 600
                                                Milwaukee, WI 53203
                                                Phone: 414-276-8816
                                                Fax: 414-276-8819
                                                William.katt@wilsonelser.com
                                                John.loringer@wilsonelser.com
                                                Christina.katt@wilsonelser.com